AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Marathon Petroleum Company, LLC, )
*Plaintiff* )
v. )  Civil Action No.    1:10-0869-MBS
United Energy Distributors, Inc., )
*Defendant* )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Marathon Petroleum Company, LLC, recover of the defendant, United Energy Distributors, Inc., the sum of One Million, Four Hundred Forty Thousand, Nine Hundred and One and 29/100 ($1,440,901.29) Dollars.  Post-Judgment interest shall run at a rate of .24%.  The court having entered an order of dismissal as to certain causes of action, IT IS FURTHER ORDERED AND ADJUDGED that the plaintiff, Marathon Petroleum Company, LLC., shall take nothing of the defendant United Energy Distributors, Inc., as to Count II, Count III, Count V and Count VI and these causes of action are dismissed with prejudice

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable Margaret B. Seymour, United States District Judge, presiding.  The issues having been reviewed and a decision rendered on an order of judgment.

Date:   April 19, 2011                                                                   *CLERK OF COURT*

S/Angie Snipes

*Signature of Clerk or Deputy Clerk*